[No. 4216–1.   Division One.   July 18, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. LEWIS K. CARREL, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 8809, John N. Skimas, J., entered October 15,

1975. *Affirmed* by unpublished opinion per Farris, C.J., concurred in by Williams and Callow, JJ.